172 So.2d 292

**Charles VINCENT, individually, and as administrator of the estate of his minor child, Joseph Vincent,**

v.

**SUPERIOR IRON WORKS AND SUPPLY COMPANY.**

No. 47634.

March 12, 1965.

In re: Charles Vincent, individually, and as administrator of the estate of his minor child, Joseph Vincent, applying for cer-

tiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 170 So.2d 184.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.